# Exhibit 1

Case 4:25-cv-01007-ALM          Document 18-1     Filed 10/08/25     Page 2 of 52 PageID #: 494

# 25 Best Workout Equipment Deals So You Can Finally Have That Home Gym

 **SAVANNAH BORN**
January 2, 2024

💬 0     📤

Working out is hard enough; actually *getting* to the gym can be another whole saga in itself. For those with extra space in the basement or an office, buying some home gym equipment has likely been on the radar since the pandemic first shut down the world in 2020. But whether your limiting factor has been time, money, space or motivation, chances are, it hasn't quite happened yet.

If one of your goals is to finally become a fitness queen this year, you're in luck — it just got a whole lot easier (and cheaper)! Get ready to boot all excuses and be excited to tackle those New Year's fitness goals head-on, because there are major discounts on workout equipment you can't miss right now. We've scoured the internet and found 25 of the best deals to help you save big and become the best version of you in 2024!

**Related: These Ultra-Soft Victoria's Secret Pajamas Feel Like Luxurious Silk**

A few weeks back, we all dealt with the winter solstice — a.k.a. the shortest day of the year. Since then, afternoons have become slightly longer — but that doesn't mean sunshine and good weather around the clock. If the seemingly perpetual nighttime means you're sleeping a little extra lately, I get it — the [...]

**Amazon**


dumbbells

**Our Absolute Favorite:** Who has space for six sets of dumbbells and kettlebells, barbells, plates and push-up stands? Now, you do! This 4-in-1 set containing adjustable dumbbells is all you need to turn those strength training dreams into reality. Your body will thank you!

- Sunny Health and Fitness Mini Stepper — originally $130, now $67!
- Sportsroyals Power Tower Dip Station — originally $200, now $160!
- Compact Adjustable Rowing Machine — originally $160, now $117!
- Wsakoue Resistance Bands — originally $46, now $25!
- Mikolo Lat and Lift Pulley System — originally $44, now $32!

**Walmart**



**Our Absolute Favorite:** Squat, press and row to your heart's content with this power rack and cable machine-hybrid. This cage brings an entire gym into your home, including a pull-up bar, dip bar, landmine attachment, j-hook, safety bar and weight storage holder.

- Makare Exercise Bike Recumbent — originally $500, now $170!
- Upgo Standard Weight Bench — originally $400, now $175!
- Pooboo Silent Elliptical — originally $360, now $220!
- 4-in-1 Folding Indoor Exercise Bike — originally $230, now $146!
- Stair Stepper With Resistance Band — originally $200, now $119!

**Related: These Bestselling Brooks Shoes Make Me Want to Become a Runner Again**

Advertisement


**AOL Entertainment**
From Hollywood to your inbox
Twice a week, our editors bring you the best entertainment and celebrity news

Your email here     Sign up

**In Other News**

🟡 **Finance**


Reuters
Major Boeing customer Ryanair sees 737 production hitting 48 per month by April


USA TODAY
5 states sue Zillow and Redfin for alleged illegal rental advertising scheme

🟡 **Food**


Eating Well
We asked 3 chefs the vegetable they always keep in their freezer — they all picked th...


Cheapism
8 fast-food chains that never use a microwave

🟡 **Lighter Side**


People
Woman's surprise pregnancy reveal leaves friends in tears after heartbreaking miscarr...


Associated Press
Michigan haunted house teaches actors to 'scare the pee out of' guests

I used to be a dedicated runner myself, and let me tell you: the wrong shoes can ruin the run. And they really can. Not only are the chances of injury heightened, but the already tough act of running gets far more difficult. Loose and ill-fitting running shoes can actually slow your pace when tackling long […]

Advertisement

**Horizon Fitness**



**Our Absolute Favorite:** This treadmill is designed for runners and engineered to integrate with all your fitness apps — Peloton, Studio, Zwift, you name it! It allows you to quickly adjust speed and incline to help you keep improving as you get faster. Get an extra $100 off studio treadmills from now until January 6!

- 7.0 Indoor Cycle Bike — originally $1,300, now $400!
- EX-59 Elliptical — originally $1,000, now $350!
- 7.4 At Treadmill — originally $2,400, now $1,500!

**Sole**



**Our Absolute Favorite:** Calling all (current and aspiring) cyclers! This spin bike comes with over 3,000 free fitness video classes from professional trainers. You'll be saving money, improving endurance and having fun while doing it! Use coupon code: **Blowout50** for an extra $50 off select fitness equipment.

- Sole E25 — originally $1,200, now $1,100!
- Light Commercial LCB Upright Bike — originally $1,600, now $1,500!
- ST90 Treadmill — originally $4,000, now $3,800!

**Echelon**



**Our Absolute Favorite:** Row, row, row your boat — in place — with this low-impact rowing machine. The ergonomic design supports proper alignment while the resistance strengthens your entire body. We can't believe it's nearly $500 off!

- Echelon Strength Pro — originally $6,000, now $4,500!
- Elliptical EL-8s — originally $2,300, now $1,800!
- Stair Climber Sport — originally $800, now $600!
- Connect EX-5 Bike — originally $1,580, now $1,000!



**News**

Reuters
Man arrested as suspect in setting California's deadly Palisades Fire, official says

CNN
More FAA staffing shortages as government shutdown enters 8th day

**Sports**

Yahoo Sports
NFL 2025 quarter season team grades: Only a few teams look like Super Bowl contenders

USA TODAY Sports
Stanford football program receives $50 million gift from former player

**Weather**

CBS News
Tropical Storm Jerry churns over central Atlantic Ocean

Fox Weather
Bryan Norcross: Jerry is disorganized and we're watching for a nasty coastal storm

Advertisement

10/8/25, 11:46 AM        25 Best Workout Equipment Deals So You Can Actually Have a Home Gym

Related: Get Fit on the Go With These Celeb-Approved Bala Bangles

Keeping up with celebrity fitness regimens is quite the investment. Luxury workout classes cost a pretty penny, like membership-only gym Equinox or the Tracy Anderson Method. And booking a private session with a personal trainer is even more expensive! So, how can we sweat like the stars without breaking the bank? It's simple! Buy Bala [...]

**See more Us Weekly Shopping**


2024 fashion trends

**17 Trendy New Year Fashion Finds to Kick Off 2024 on a Stylish Note**


Female athlete running in a rocky environment wearing running clothes

**This Pre-Workout Makes Shoppers Feel Like They Could 'Outrun Usain Bolt'**


Victorias-Secret

**These Ultra-Soft Victoria's Secret Pajamas Feel Like Luxurious Silk**

*Us Weekly has affiliate partnerships. We receive compensation when you click on a link and make a purchase. Learn more!*

Advertisement

 **Why you can trust us**  We may earn money from links on this page, but commission does not influence what we write or the products we recommend. AOL upholds a rigorous editorial process to ensure what we publish is fair, accurate and trustworthy.

## The best foundations and concealers that won't crease, according to makeup artists



AOL    LIBBY SENTZ
Updated August 12, 2025

 10    





The best foundations and concealers that won't crease, according to makeup artists

Makeup should light up your face, never hide it. But finding a natural-looking foundation and concealer that won't settle into lines or look like a mask can be tricky. To help you put your best face forward, we went straight to an expert: Julia Joseph, a professional makeup artist and founder of The Natural by Julia Joseph skin care line. Here we share Joseph's guidance on the best foundations and concealers and her application tips for a light, silky, crease-free look for mature skin that "brings joy."

## Quick Overview



| | | |
|---|---|---|
| **Best foundation overall for mature skin**<br>Pat McGrath Labs Skin Fetish: Sublime Perfection Weightless Foundation | $69 at Nordstrom | |
| | More options ⌄ | |
| **Best no-crease powder foundation**<br>Laura Geller New York Baked Balance-n-Brighten Color Correcting Powder… | $26 at Amazon | |
| | More options ⌄ | |
| **Best foundation for all skin types**<br>Armani Beauty Luminous Silk Natural Glow Foundation | $48 at Nordstrom | |
| | More options ⌄ | |
| **Best foundation stick**<br>Black Opal Skin Perfecting Foundation Stick, SPF 15 | $13 at Amazon | |
| | More options ⌄ | |
| **Best hydrating foundation**<br>Make Up For Ever HD Skin Undetectable Longwear Foundation | $49 at Nordstrom | |
| | More options ⌄ | |

See 10 more

"All foundations and concealers are fluid, emollient products containing oil and water-based ingredients, which will move around over the course of a day and settle into the creases and lines of our faces," Joseph explains. "If these products were more solid, they would simply crack when we move our faces. The trick is to find products that move with the skin as much as possible."

The second-gen makeup pro and her mother — makeup artist turned model Cindy Joseph (1951–2018) — shared a desire to help individuals shine. "When my mom or I felt the urge to give someone a makeover (or a make*under*), it was usually because they seemed to be using makeup in a more fear-based way," she explains. "My mom was very good at seeing the true inner beauty in people, and she was inspired to help them see it for themselves."

Before you follow Julia Joseph's simple steps to creaseless application, you may want to pick up a few items to achieve best results. Here we present the best crease-resistant foundations, concealers, and application

10/8/25, 11:46 AM

25 Best Workout Equipment Deals So You Can Finally Have a Home Gym...

Case 4:25-cv-01007-ALM    Document 18-1    Filed 10/08/25    Page 6 of 52 PageID #:
498

tools, according to our expert and thousands of reviewers.

**Best foundations for a crease-free finish**



Pat McGrath Labs

## Best foundation overall for mature skin

**Pat McGrath Labs Skin Fetish: Sublime Perfection Weightless Foundation**

"Buildable, light formulas are always going to be the way to go for mature skin," says Joseph. "I'm really impressed with the application and finish of Pat McGrath foundation."

This made-in-Italy formula feels like a serum, thanks to hydrating hyaluronic acid and ceramides. It's paraben-free, phthalate-free, sulfate-free, cruelty-free, and vegan.

One fan raved, "I have tried every foundation I can think of and this has been, by far, the most incredible. ... I'm nearly 50 years old. I struggle with adult acne, which means my skin can be textured, uneven, and red many times of the month. This foundation evens everything out flawlessly. It doesn't ever look cakey. It doesn't settle into fine lines or blemishes. It has buildable coverage and looks like real skin. I can top it with a powder if I want, ... but I have gone without because I don't need it. It's that incredible. Worth every cent."

$69 at Nordstrom

🛍 Explore More Buying Options

| $69 at Ulta |
|---|

| $69 at Sephora |
|---|



Laura Geller New York

## Best no-crease powder foundation

**Laura Geller New York Baked Balance-n-Brighten Color Correcting Powder Foundation**

When imagining no-crease foundations, a powder may be the *last* thing that comes to mind. Seems like it would be drying, heavy even. Well, according to the masses, this No. 1 bestselling powder foundation by Laura Geller doesn't crease, cake, or settle into wrinkles. It is buildable, rich with hydrating ingredients (Centella Asiatica, white tea extract, jojoba seed oil), and designed for mature skin. Nearly 35,000 five-star reviewers on Amazon alone are on board. Plus, it's safe for sensitive skin.

For pro-level results, apply with an angled brush, like Geller's bestselling brush or something similar.

"Amazed and blown away!" exclaimed one stunned shopper. "This foundation is awesome! It's counter-intuitive, but though I have dry skin, this foundation makes my look nearly flawless and is not drying. I cannot tell I am wearing it because it is light, it matches my skin color perfectly, and it doesn't sink into my fine lines (I'm in my early 70s). ... My husband has told me repeatedly that I look extra-good and that I should stockpile it in case I can't get more in the future, ... I can't imagine ever going back to a liquid foundation."

$26 at Amazon

🛍 **Explore More Buying Options**

| $32 at Macy's |
|---|

| $38 at Ulta Beauty |
|---|



Armani Beauty

## Best foundation for all skin types

**Armani Beauty Luminous Silk Natural Glow Foundation**

"Armani Luminous Silk is a classic that sits on the skin beautifully," Jones tells me. The makeup artist and editor-approved pick has popped up on many a Best Foundations lists and is beloved by shoppers. That's because it goes on smoothly and has a soft, dewy finish.

"Best foundation in the universe," declared one Nordstrom shopper. "I've been a makeup artist for 12 years and I use it on everyone ... flawless, airbrushed, blendable, luminous, so many words to describe it, Amazing in photos and on film. Your skin ends up looking like the models in the Armani ads. Pores? What pores? ... It's really light too, no heavy makeup feel."

$48 at Nordstrom

🛍 **Explore More Buying Options**

| $48 at Macy's |
|---|

| $48 at Sephora |
|---|



Black Opal

## Best foundation stick

**Black Opal Skin Perfecting Stick Foundation, SPF 15**



"For darker complexions, I really like Black Opal stick foundation. It's a very smooth formula and they have an excellent color range," says Joseph. The deep shades offer plenty of options for highlighting, contouring, and all-over coverage. The stick is blendable and buildable, and ends with a smooth matte finish.

"When working with stick foundations," Joseph advises, "apply a light layer with a moistened sponge like a Beauty Blender."

"Love this foundation stick!" shared a five-star fan. "It's creamy, blends easily, and gives great coverage without feeling heavy. The matte finish looks smooth, and the SPF is a nice bonus. Perfect for everyday wear!

$13 at Amazon

🛍 **Explore More Buying Options**

| $14 at Target |
|---|

| $15 at Ulta Beauty |
|---|

Make Up For Ever

## Best hydrating foundation

**Make Up For Ever HD Skin Undetectable Longwear Foundation**

Infused with hyaluronic acid, this glowy foundation is moisturizing and made to last, which has made Joseph a longtime fan. But it's not perfect for everyone.

"I used Make Up For Ever HD foundation in my kit for years, it was such a great workhorse," she says, "But the color range of the new iteration (HD Skin) was way too orange, so I kind of gave up on that. The formula is good, though, so if you find a good color match, I would say go for it."

A happy Nordstrom reviewer added: "If you have dry skin or just want a beautiful glow GET THIS! It has made my skin better, almost like an anti-wrinkle treatment due to the moisture it gives. Truly amazing product."

$49 at Nordstrom

🛍 **Explore More Buying Options**

| $49 at Sephora |
|---|



Illa

## Best clean foundation

**Illa True Skin Serum Foundation**

Fresh, clean, plant-based goodness. This lightweight, buildable serum foundation is crease-resistant. It's available in a whopping 29 colors and works for all skin types — including sensitive skin.

"The best foundation I have ever used," shared one five-star Amazon reviewer. "It has nothing but good ingredients, and is non-irritating to my sensitive face. I dot it on my face, and then use a damp beauty blender, and gently pat after that. It is extremely natural looking and doesn't settle into wrinkles. ... Make sure to shake the bottle first."

$54 at Amazon

🛍 Explore More Buying Options

| $54 at Ulta Beauty |
|---|
| $54 at Nordstrom |

**Best concealers for a crease-free finish**



Laura Mercier

## Best no-crease concealer overall

**Laura Mercier Real Flawless Weightless Perfecting Serum Concealer**

Joseph points to Laura Mercier as "a solid brand that I trust." The brand's crease-free serum concealer contains 85% skincare ingredients, which work to leave skin smooth and hydrated. The long-lasting formula is waterproof, oil-free, and won't settle into fine lines.

"A great product for getting a smooth skin base," wrote a five-star Amazon reviewer. "It covers up freckles and dark spots and all I use after that is the same brand of tinted moisturizer." (Note: The tinted moisturizer is a good stand-in for foundation and is available with sun protection. Check out the dewy with SPF and matte with SPF varieties.)

Another Laura Mercier fave: Eva Mendes, now 51, called the brand's Secret Camouflage two-in-one concealer "killer" in an Instagram post last year. That product is now available in stick form.

$28 at Macy's

🛍 Explore More Buying Options

Case 4:25-cv-01007-ALM    Document 18-1    Filed 10/08/25    Page 10 of 52 PageID #: 502



---

| $33 at Amazon |
| :---: |

| $33 at Ulta Beauty |
| :---: |

---

Tarte

## Most popular no-crease concealer

**Tarte Shape Tape Full-Coverage Concealer**

Fans keep coming back for this creaseproof cult favorite with skin-care benefits. (It boasts over 10,900 five-star ratings on Amazon alone!) The long-lasting formula brightens the undereye, blurs blemishes, and provides full coverage without the heaviness. The vegan, cruelty-free concealer includes mango butter, shea butter, and licoricie root, and it's made in the USA. Choose from dozens of shades.

One convert explained, "I was born with hereditary dark undereye circles, and have spent so long, since being a young teen, attempting to cover them, with very little success. ... I've FINALLY found my holy grail! At age 56, I've now also got wrinkles around my eyes, which was making covering the circles even more difficult. This magical concealer does NOT settle into my wrinkles at all!"

For an even glowier finish, don't miss the newer Tarte Shape Tape Radiant Concealer.

$32 at Amazon

🛍 Explore More Buying Options

| $32 at Target |
| :---: |

| $32 at Ulta Beauty |
| :---: |

---

L.A. Girl

## Best budget concealer

**L.A. Girl Pro Concealer**

"The best bang-for-your-buck concealer that sets in place and has by far the best color range is L.A. Girl," says Joseph. On Amazon alone, we counted 43 shades (and a whopping 38,900+ five-star fans). It is creamy, lightweight, and can neutralize hyperpigmentation.

Serena Williams said she swears by L.A. Girl Pro Conceal as a color corrector under her eyes in a beauty routine video for Vogue. To really hide dark circles, simply choose a color-correcting shade that sits

---



*opposite* the skin tone on the color wheel and dab that on. Then choose a color-matching concealer to go over that.

*$5 at Amazon*

🛍 Explore More Buying Options

| $5 at Target |
| --- |

| $6 at Ulta Beauty |
| --- |

Kulfi

## Best hydrating concealer

**Kulfi Main Match Crease-Proof Long-Wear Hydrating Concealer**

From South Asian brand Kulfi, this vegan, cruelty-free concealer hydrates as it treats hyperpigmentation, dark circles, and blemishes. It contains South Asian-inspired ingredients, such as antioxidant-rich amla fruit, hydrating saffron flower and rosehip extracts, and brightening licorice root. Comes in 21 shades.

"Perfect concealer for someone with fine lines," said a fan. "I thought I needed to use a full coverage matte concealer, but when I discovered this concealer, it's the only concealer I use under my eyes. I don't need to set it with powder. Creasing is so minimal, and if it did, I can easily just tap it with my fingers and continue on with my day."

*$26 at Sephora*

Revlon

## Best blemish concealer

**Revlon ColorStay Concealer**

"For something that will really set in place over blemishes I use, believe it or not, Revlon Colorstay," Joseph confesses. We all know that blemishes can happen at any age, and this lightweight formula blends and smooths easily without caking. Of course, you can swipe it under the eyes as well, just remember to use apply lightly.

"After trial and error of so many other products, I finally found the best for me," gushed a five-star fan. "Light, smooth with a blemish-free look. I immediately ordered two more after just one wear. Love it!"



$8 at Amazon

Inglot

## Best under-eye concealer

**Inglot AMC Cream Concealer 64**

This expert-recommended pick for undereye coverage comes with two caveats. "My personal favorite under-eye concealer isn't *technically* a no-crease product and unfortunately has a disappointingly limited color range," Joseph says. "It's Inglot cream concealer, I like that it has a very emollient, skin-like finish, but somehow stays in place."

It contains vitamins E and A. Follow Joseph's pro application tips below to help keep creasing at bay.

$20 at Inglot

**Other essentials for a crease-free look**

Nars

## Best Primer

**Nars Pro Prime Smudgeproof Eyeshadow Base**

You may recognize this Nars smudge-preventer as something to use under eyeshadow, eyeliner, and eyebrow pencil, but our pro uses it as a primer for concealer. "Use only a very thin application to avoid a cakey or dry-looking finish," she notes.

$28 at Nordstrom

🛍 Explore More Buying Options

| $28 at Macy's |
|---|
| $28 at Sephora |



Beauty Blender

## Best applicator for a no-crease finish

**Beauty Blender Makeup Sponge**

It's rare to see a makeup pro or beauty influencer without one of these babies, and for good reason. The washable, reusable sponge makes smooth, even makeup application a cinch. Plus it's vegan, cruelty-free, and made in the U.S.A.

"A damp cosmetic sponge is the way to go, especially for application on more mature skin. Beautyblenders and the Walgreen's brand pink blending sponge have the best density."

### $17 at Macy's

🛍 **Explore More Buying Options**

| $17 at Amazon |
| --- |

| $20 at Target |
| --- |



Charlotte Tilbury

## Best setting spray

**Charlotte Tilbury Airbrush Flawless Setting Spray**

"For a dewy finish," Joseph says, spritz with this setting spray. This hydrating, waterproof wonder helps to keep makeup from wearing off, smearing, and settling into creases. It can also be used as a primer.

"This stuff holds your makeup on all day and feels really refreshing going on," shared a pleased shopper. "My daughter got married in humid Hawaii, and we got two rain storms that came through. My hair looked like a drowned dog, but my makeup was still flawless. Just reordered and will order again."

### $38 at Amazon

🛍 **Explore More Buying Options**

| $38 at Ulta Beauty |
| --- |

| $38 at Nordstrom |
| --- |

**What is crease-free foundation and concealer?**



"Many brands offer crease-free products now, but no one product will ever be 100% crease-free on
everyone," makeup artist and skin-care pro Julia Joseph explains. "What works for one person may not work
for someone else. This is because we all have different skin textures — some of us are more oily and some
more dry."

**What ingredients help prevent creasing?**

"Brands use a lot of different ingredients to help their products set, some common ones being
Trimethylsiloxysilicate and PVP/Eicosene Copolymer or VP/Eicosene Copolymer, which are film-forming
agents that all help products adhere to the skin and resist water," Joseph explains.

You'll be hard-pressed to find a completely microplastic-free formula, even from so-called "clean" brands.

Advertisement

**Application tips from our expert**

**1. Skin care comes first.** "I'm a big fan of face oils," Joseph says. "And while they can help create a really
radiant skin finish, they aren't as conducive to keeping makeup set in place. So you kind of have to choose
your preference. Personally, and especially with older skin, I prefer a dewier, less-is-more finish. The trade-
off there is that you will occasionally have to tap concealer back in place. This is also the case with more
natural cosmetics in general."

**2. Prep the eye area.** "Since I prefer more natural and dewy cosmetics, if I have an event and need to keep
my face more 'together' for a long stretch of time, I make sure to remove any excess oil from my eye area by
simply wiping with a tissue or cotton swab before applying makeup. Then I apply a whisper thin layer of an
eye primer — NARS is my go to —and apply concealer over that."

**3. Apply eye concealer.** "For under the eyes, I usually just tap concealer out with my fingertip. A little
concealer goes a long way so always start with a little bit and then add another layer if need be!"

**2. Use tools for foundation and blemish coverage.** "For foundation, simply use the lightest amount you can.
Excess product will settle into creases, so I recommend lighter applications as a general rule. Using a damp
cosmetic sponge like a Beauty Blender really helps to achieve a light and even application. Simply run over
water and then squeeze it out really well, dab foundation or concealer onto your skin with your finger or a
makeup brush, and then gently tap it out with the sponge until you have an even finish. It's quick and pretty
foolproof. For covering blemishes, look for a rounded fine-tip brush so you can achieve a more precise
application."

**5. Consider a setting spray.** "If you need or want heavier coverage, then a setting spray will absolutely help
to keep it all in place. ...There are setting sprays and fixing sprays, and some debate as to what the difference
is. They generally contain the same types of ingredients like the copolymers mentioned above. Charlotte
Tilbury is a good one that leaves a more dewy finish. Urban Decay gives good longevity as well as MAC Fix+,
and — on the very-budget-friendly end — Elf works well. Some of these products contain alcohol and
fragrances that can irritate skin, so it's important to choose one that won't irritate your skin type."

**6. Look deeper.** "If you find that you are constantly needing to cover dark circles, blemishes, or skin
irritation, it's a good idea to consider underlying causes. Our skin is an organ and covering its distress
signals can become a vicious cycle. We also absorb everything through our skin, so go easy on products
with a lot of synthetic ingredients — all of those copolymers I mentioned are microplastics, after all."

**7. Form healthy habits.** "Even though I'm a makeup artist, I always encourage clean skin care, hydration, a
healthy diet, exercise, rest, and a good dose of self-love over cosmetics whenever possible. My mom
[makeup artist Cindy Joseph] also often pointed out that when we say someone looks 'young,' what we really
mean is that they look 'healthy.' ... The world is pretty chaotic, so any steps we make toward listening to
ourselves and honoring our own internal rhythm, or even just drinking enough water, are a big achievement."

**How to avoid a mask-like appearance?**

- **Less is more.** "Many people have a mix with gradations of color, lightness and darkness," Joseph explains. "This
  is another reason I prefer lighter applications of foundation when possible — because if your skin is gradient and
  you pick only one part of that gradient to cover your whole face, the result can look too much like a mask."

- **Know your shade.** Some sites, like Sephora and Ulta, offer color match tools for foundations, Joseph also says.
  "Consider going into a store and speaking with a professional who can help you understand your undertones
  and depth of color first,"

- **DIY color correction.** "I've seen foundations become progressively orange over the years as companies are skimping on blue pigment, and it's a problem for good color matching. Some brands sell mixing pigments you can add to foundation, so if you find a formula you love in terms of feel and finish, you can tweak the undertones! I am constantly adding blue pigment to foundation at work these days." Note: L.A. Girl makes an inexpensive blue pigment.

### About the expert

- Julia Joseph is a professional makeup artist and founder of The Natural by Julia Joseph skin care line.

If you have an
we should che

Advertisement

Curious about how we test and choose products at AOL? Here's a quick explanation, from our editors.

**Related articles**

Advertisement

**Related articles**

25 Best Workout Equipment Deals So You Can Finally Have a Home Gym

Case 4:25-cv-01007-ALM      Document 18-1      Filed 10/08/25      Page 16 of 52 PageID #:
508



Advertisement

Advertisement

**Related articles**

Advertisement

15/15



HOME    APPLIANCES    COMPUTERS    GARDEN & OUTDOOR    HOME & KITCHEN    MORE ⌄



Home  ›  Sports & Outdoors  ›  FEIERDUN Adjustable Dumbbells: Versatile Gym Solution

*We independently evaluate everything we recommend. When you buy through our links, we may earn a commission*

SPORTS & OUTDOORS

# FEIERDUN Adjustable Dumbbells: Versatile Gym Solution

By **AMIR G.** — July 15, 2024 — Updated: July 15, 2024 — ⏱ 7 Mins Read



### DON'T MISS


**Shure MV7X Review: Top Quality Mic for Podcasts**


**Why Choose the DJI Mic for Quality Audio**


**Shure MV7+ Podcast Mic Review**


**Belkin MagSafe Charger Review**


**Top Reasons to Love the Royal Gourmet Grill**


**Blackstone 1814 Portable Propane Griddle Review**

Are you looking for a comprehensive gym solution without taking up too much space? The FEIERDUN Adjustable Dumbbells might be your answer.

With their multifunctional capabilities, these dumbbells transform into barbells, kettlebells, and push-up stands, making them ideal for a wide range of exercises.

I've been using the FEIERDUN Adjustable Dumbbells for a month now, and I am thoroughly impressed with their versatility. The ability to switch between dumbbells, barbells, and kettlebells has made my workouts more dynamic and efficient.

The ergonomic design, combined with the adjustable weight options, has allowed me to tailor my workouts to my fitness goals. The non-slip grips and durable materials add to the overall positive experience.

## Versatility and Multifunctionality





Credit – amazon.com

The FEIERDUN Adjustable Dumbbells set stands out due to its 4-in-1 multifunctionality. This product can be used as a pair of dumbbells, a barbell, kettlebells, and even a push-up stand, making it an incredibly versatile addition to any home gym. This versatility allows users to perform a wide range of exercises, from bench presses and squats to shoulder presses and kettlebell swings, ensuring a comprehensive full-body workout. The ease of switching between different modes makes it a convenient option for those looking to maximize their workouts without needing multiple pieces of equipment.

BUY ON AMAZON

## Durability and Build Quality



Credit – amazon.com

Constructed with high-quality materials, the FEIERDUN Adjustable Dumbbells are designed to withstand rigorous use. The exterior of the weights is made from durable PE material, which is mixed with iron, mud, and sand to prevent floor abrasion and ensure longevity. The connecting rod features a 5mm thick steel tube wrapped in 20mm thick foam, offering both durability and comfort. The non-slip ABS material on the dumbbell bars enhances grip, allowing for better control during exercises. Additionally, the safety nuts with thickened threads ensure that the weights remain securely in place, providing a safe workout experience.

BUY ON AMAZON

## Adjustability and Weight Options



One of the standout features of the FEIERDUN Adjustable Dumbbells is the wide range of weight options available. The dumbbell pieces are detachable, allowing users to adjust the weight from 6lbs to 25lbs per dumbbell. This adjustable design caters to different fitness levels and exercise intensities, making it suitable for both beginners and more experienced lifters. The easy installation process means that users can quickly change weights between sets, minimizing downtime and maintaining workout efficiency. This adjustability ensures that the dumbbells can grow with the user's fitness journey.

BUY ON AMAZON

## Comfort and Ergonomics





Comfort is a key consideration in the design of the FEIERDUN Adjustable Dumbbells. The connecting rod features a curved design that fits comfortably against the neck, reducing strain during exercises like squats and overhead presses. The foam material is non-slip, sweat-absorbing, and breathable, enhancing comfort and preventing slippage during intense workouts. The ergonomic design extends to the dumbbell and kettlebell handles, which are textured to improve grip and reduce the risk of dropping. This focus on comfort and ergonomics helps users maintain proper form and reduces the risk of injury.

## User Experience and Assembly



Users have praised the FEIERDUN Adjustable Dumbbells for their ease of use and straightforward assembly process. The product comes with clear instructions, making it easy to set up and transition between different configurations. Customers have noted that the weights are easy to handle, and the assembly and disassembly processes are quick and hassle-free. This user-friendly design makes the



dumbbells accessible to a wide range of users, from fitness enthusiasts to those new to strength training. The convenience of having a single product that can serve multiple functions is a significant advantage for home gym setups.

## Space Efficiency



The compact and space-efficient design of the FEIERDUN Adjustable Dumbbells makes them ideal for home gyms with limited space. Instead of needing separate pieces of equipment for dumbbells, barbells, and kettlebells, this all-in-one set allows users to save space while still having access to a variety of exercise options. The detachable design means that the weights can be easily stored when not in use, further enhancing their suitability for small living spaces. This space-saving feature is particularly beneficial for those living in apartments or homes with limited workout areas.

## Value for Money





Priced at $149.99, the FEIERDUN Adjustable Dumbbells offer excellent value for the money. Given the multifunctionality, durability, and wide range of weight options, this product provides a cost-effective solution for building a comprehensive home gym. Traditional fixed-weight dumbbells and separate kettlebells or barbells can be expensive and take up a lot of space. The FEIERDUN set combines these functionalities into one affordable package, making it an attractive option for those looking to invest in quality fitness equipment without breaking the bank.

## Customer Support and Brand Reliability



FEIERDUN is committed to providing excellent customer service and support. The brand offers a responsive customer service team that is available to address any issues or concerns within 12 hours. This commitment to customer satisfaction is reflected in the positive reviews and high ratings the product has received. Users can purchase the FEIERDUN Adjustable Dumbbells with confidence, knowing that they are backed by a reliable brand that stands behind its products. This level of support adds to the overall value and appeal of the dumbbells.

## Safety Features

Safety is a priority in the design of the FEIERDUN Adjustable Dumbbells. The set includes four safety nuts with thickened threads that keep the weights securely in place during use. This prevents movement and shaking, reducing the risk of accidents or injuries. The non-slip texture on the dumbbell bars enhances grip, further ensuring that users can maintain control during their workouts. These safety features are particularly important for those new to strength training, as they provide an added layer of security and peace of mind.

## Community and User Feedback

The FEIERDUN Adjustable Dumbbells have garnered a strong community of users who have shared their positive experiences and feedback. With a product rating of 4.5 out of 5 stars based on 2,481 reviews, it is clear that users appreciate the quality, versatility, and value offered by this product. Reviews highlight the ease of use, durability, and space-saving design as key benefits. Users have also shared tips and recommendations for making the most of the dumbbells, creating a supportive community that enhances the overall user experience.

## Pros:

- Multifunctional: Can be used as dumbbells, barbells, kettlebells, and push-up stands.

- Durable Materials: Made of high-quality PE materials with iron, mud, and sand inside.

- Adjustable Weight: Ranges from 6lbs to 25lbs per dumbbell, suitable for various exercise intensities.



## Cons:

- Time-Consuming Adjustments: Changing weights requires twisting and can take time between sets.
- Plastic Feel: Some users may find the plastic exterior less premium.
- Barbell Length: The barbell might be too short for some weight benches.

## Conclusion

In conclusion, the FEIERDUN Adjustable Dumbbells are an excellent investment for anyone looking to enhance their home gym setup. Their multifunctional design and high-quality construction make them a standout choice.

Whether you are a beginner or an experienced lifter, these dumbbells offer the flexibility and durability needed to achieve your fitness goals. Highly recommended!

## Questions & Answers:

**Question:** Can the weights be used for both dumbbells and kettlebells?

**Answer:** Yes, the FEIERDUN Adjustable Dumbbells can be converted into kettlebells using the provided connector.

**Question:** Is the product suitable for beginners?

**Answer:** Absolutely. The adjustable weight range makes it suitable for beginners and allows them to increase weights gradually.

**Question:** Are the weights durable enough for intense workouts?

**Answer:** Yes, the weights are made of high-quality PE materials and iron, making them durable and suitable for intense workouts.

BUY ON AMAZON

Adjustable Dumbbells     FEIERDUN Dumbbells     Home gym equipment     Multifunctional Weight Set

---

&#8249; PREVIOUS ARTICLE                              NEXT ARTICLE &#8250;

Maui Jim Breakwall Sunglasses Review          Twin Bed Tent Review: Privacy & Comfort

---

**RELATED POSTS**



**EVERLIT Advanced Emergency Trauma Kit Review**

January 3, 2025



**Ideal Foam Roller for Back Pain**

January 2, 2025



**Best Inversion Table for Back Pain Relief**

January 2, 2025

---

Copyright © 2025

Home





HOME    APPLIANCES    COMPUTERS    GARDEN & OUTDOOR    HOME & KITCHEN    MORE ⌄

Home » Sports & Outdoors » New Year Resolutions With FEIERDUN Adjustable Dumbbells

*We independently evaluate everything we recommend. When you buy through our links, we may earn a commission*



SPORTS & OUTDOORS

# New Year Resolutions With FEIERDUN Adjustable Dumbbells

By **ROY P.** — January 2, 2025 — Updated: January 9, 2025    ⏱ 5 Mins Read

DON'T MISS



**Shure MV7X Review: Top Quality Mic for Podcasts**



**Why Choose the DJI Mic for Quality Audio**



**Shure MV7+ Podcast Mic Review**



**Belkin MagSafe Charger Review**



**Top Reasons to Love the Royal Gourmet Grill**

**Blackstone 1814 Portable Propane Griddle Review**



FEIERDUN Adjustable Dumbbells are a great addition to any home gym. These dumbbells offer multiple weight options and can be used as barbells, kettlebells, and push-up stands.

This flexibility makes them perfect for a variety of exercises, from bench presses to squats. Let's take a closer look at what makes these dumbbells stand out.

Using the FEIERDUN Adjustable Dumbbells has been a game-changer for my workouts. The ability to easily switch between different weights allows me to tailor my exercises to my fitness level.

The non-slip grip and comfortable foam padding make these dumbbells easy to use, even during intense workouts. The quality and durability of the materials give me confidence that they will last a long time.

## Versatile and Multifunctional Design





Credit – amazon.com

BUY ON AMAZON

The FEIERDUN Adjustable Dumbbells stand out with their 4-in-1 multifunctional design. This means you get a pair of dumbbells that can also be used as barbells, kettlebells, and push-up stands. This versatility allows you to perform a wide range of exercises, from bench presses and squats to deadlifts and rows, making it a comprehensive fitness tool for both beginners and seasoned athletes.

**High-Quality, Durable Materials**



Credit – amazon.com

BUY ON AMAZON

The dumbbells are made from durable materials. The exterior of the weights is crafted from high-quality PE material, while the inside is mixed with iron, mud, and sand. This combination not only ensures the weights are sturdy but also prevents floor damage, making them safe to use at home.

## Comfortable and Safe to Use



Credit - amazon.com

BUY ON AMAZON

Comfort and safety are key features of the FEIERDUN Adjustable Dumbbells. The connecting rod is padded with thick foam that is non-slip and absorbs sweat, providing a comfortable grip. Additionally, the dumbbell bars have a non-slip texture, ensuring you can maintain a firm hold during workouts. Safety nuts are included to keep the weights secure, preventing any movement or shaking.

## Adjustable Weight Options





These dumbbells offer adjustable weight options, allowing you to customize your workout. The
weights can be adjusted from 6lbs to 25lbs per dumbbell, meeting various exercise intensity needs.
This flexibility makes it easy to switch up your routine and progress over time.

**User-Friendly Assembly**




The FEIERDUN Adjustable Dumbbells are easy to assemble. The weights feature a detachable design, and the installation process is straightforward. This user-friendly setup ensures you can quickly switch between different configurations, such as from dumbbells to a barbell or kettlebell, without any hassle.

## Suitable for All Fitness Levels







Whether you are a beginner or an experienced lifter, these adjustable dumbbells are suitable for all fitness levels. The customizable weight range and multifunctional design provide a versatile workout experience, allowing you to target different muscle groups and achieve your fitness goals from the comfort of your home.

**Compact and Space-Saving**


Credit – amazon.com

The compact design of the FEIERDUN Adjustable Dumbbells makes them ideal for home gyms with limited space. Despite their multifunctionality, these dumbbells do not take up much room, allowing you to store them easily when not in use. This space-saving feature is perfect for those who want an efficient home workout setup.

**Positive Customer Feedback**





Credit – amazon.com

With a high rating of 4.5 stars and over 3,000 reviews, the FEIERDUN Adjustable Dumbbells have received positive feedback from users. Customers have praised the quality, durability, and versatility of the product, highlighting its effectiveness in enhancing their home workout routines.

### Great Value for Money

Priced at $139.99, the FEIERDUN Adjustable Dumbbells offer great value for money. Considering their multifunctionality, durability, and the range of exercises they support, these dumbbells are a worthwhile investment for anyone looking to improve their home fitness setup.

### Customer Support and Service

FEIERDUN is committed to providing excellent customer service. If the product does not meet your expectations, the company promises to respond to any inquiries within 12 hours. This dedication to customer satisfaction ensures you can purchase with confidence.



### Pros:

- Versatile design allows use as dumbbells, barbells, kettlebells, and push-up stands.
- Durable materials ensure long-lasting use and prevent floor damage.
- Easy to adjust weights to match your workout needs.



**Cons:**

- Grip can be a bit rough on the hands, especially with heavier weights.
- Some users reported missing safety nuts in their packages.
- Weights are labeled in kilograms, which might confuse those used to pounds.

## Conclusion

In summary, FEIERDUN Adjustable Dumbbells are a versatile and reliable option for anyone looking to improve their home gym setup. Their multifunctional design and sturdy construction make them a valuable investment for fitness enthusiasts.

Whether you're just starting out or looking to upgrade your equipment, these dumbbells offer the flexibility and performance you need to reach your fitness goals.

## Questions & Answers:

**Question:** Can these dumbbells be used for both beginners and advanced users?

**Answer:** Yes, the adjustable weight range makes them suitable for all fitness levels.

**Question:** Are these dumbbells safe for home use?

**Answer:** Yes, they come with safety nuts and non-slip bars to ensure a secure workout.

**Question:** Is it easy to switch between different setups like dumbbells and barbells?

**Answer:** Yes, the set is designed for quick and easy assembly and disassembly.

BUY ON AMAZON

Adjustable Dumbbells    FEIERDUN Dumbbells    Home gym equipment    Versatile Weight Set

⟨ PREVIOUS ARTICLE                NEXT ARTICLE ⟩

Lifepro Dumbbells: Perfect for Home Gyms      Top Benefits of TRX Suspension Training

RELATED **POSTS**



**EVERLIT Advanced Emergency Trauma Kit Review**
January 3, 2025



**Ideal Foam Roller for Back Pain**
January 2, 2025



**Best Inversion Table for Back Pain Relief**
January 2, 2025

Copyright © 2025

Home

Advertisement



**SHOPPING**

## Prime Day deals: Best home gym equipment available, marked down as much as 38%

Published: Oct. 10, 2023, 1:31 p.m.



Adjustable Dumbbells, 20/30/40/50/70/90 lbs. Free Weight Set with Connector

Subscribe

By **Ashley Dill | adill@pennlive.com**

Prime Day Big Deal Days has launched on Amazon with the online retailer's best deals on everything you are looking for ahead of the holiday season.

The fall Prime Day started at 3 a.m. today, Tuesday, Oct. 10, and continues through Wednesday, Oct. 11, 2023.

The sale is the perfect place to start your holiday shopping with deals on electronics, everything for your home, vacuums, outdoor living, toys and more. And some of the biggest markdowns we've seen so far is on home gym equipment.

**Read more: Prime Day 2023 is here: Get savings on Amazon devices, TVs, outdoor living and more**

While the cost of setting up a home gym may be a bit more in the beginning, having a space to work out in your home and avoid gym fees is sure to save you money in the long run. Not to mention, it's going to be harder to skip that workout if you have a gym right there in your space.

But what fitness equipment is worth buying for your home exercise setup? The options are endless.

To help you get started, we selected our favorite pieces of home gym equipment to fit a variety of fitness needs as well as budgets.

- Home Gym Multifunctional Full Body Home Gym Equipment for Home Workout Equipment Exercise Equipment Fitness Equipment $499 (regularly priced at $699)
- ULTRA FUEGO Power Cage, Multi-Functional Power Rack with J-Hooks, Dip Handles, Landmine Attachment and Optional Cable Pulley System for Home Gym $379.19 (regularly priced at $449.99)
- HOTWAVE Portable Exercise Equipment with 16 Gym Accessories $52.79 (regularly priced at $65.99)
- PASYOU Adjustable Weight Bench Full Body Workout Multi-Purpose Foldable Incline Decline Exercise Workout Bench $79.99 (regularly priced at $129.99)
- Olympic Workout Bench, Bench Press Set with Preacher Curl Pad and Leg Developer for Multi-Functional Home Gym Equipment $165.99 (regularly priced at $229.99)
- FEIERDUN Adjustable Dumbbells, 20/30/40/50/70/90 lbs. Free Weight Set with Connector $109.49 (regularly priced at $149.99)
- Bowflex Xceed Home Gym $680.15 (regularly priced at $999)
- Adjustable Dumbbells 55LB Single Dumbbell 5 in 1 Free Dumbbell Weights Adjust with Anti-Slip Metal Handle, Ideal for Full-Body Home Gym Workouts $189.99 (regularly priced at $299.99)
- Pilates Bar Kit with Resistance Bands, Multifunctional Yoga Pilates Bar with Heavy-Duty Metal Adjustment Buckle $28.79 (regularly priced at $35.99)

*Ashley Dill covers the online shopping industry, writing about commerce. She can be reached at adill@pennlive.com*

**Related articles about shopping and commerce**

Prime Day 2023 deal: Get up to 4 months of Amazon Music Unlimited free

Save $60 on Apple AirPods Pro during Prime Day 2023

Prime Day 2023: Save up to 50% on Amazon Fire Tablets for the whole family

Prime Day 2023: Best deals on DSLR cameras shop our picks | with up to 60% off live

If you purchase a product or register for an account through a link on our site, we may receive compensation. By using this site, you consent to our User Agreement and agree that your clicks, interactions, and personal information may be collected, recorded, and/or stored by us and social media and other third-party partners in accordance with our Privacy Policy.



**▼ About Us**

Contact Us

Send Us a News Tip

PA Media Group

The Patriot-News

Advertise with Us

Career Opportunities

PennLive

Community Rules

Accessibility Statement

**▼ Subscriptions**

PennLive

The Patriot-News

Newsletters

**▼ Already a Subscriber**

Manage your Subscription

Place a Vacation Hold

Make a Payment

Delivery Feedback

**▼ PennLive Sections**

Business

Obituaries

Jobs

Autos

Real Estate

Rentals

Classifieds

Home

News

Sports

PSU Football

High School Sports

Betting

Entertainment

Pa. Life & Culture

Pa. Food & Dining

Opinion

**▼ Mobile Apps**

iPhone, Android Apps

Tablet Apps

**▼ More on PennLive**

Weather News

Archives

Post a Job

Post a Classified Ad

Sell your Car

Sell/Rent your Home

Sponsor Content

Community Partners

Twitter
Facebook
Instagram
RSS



**Your Privacy Choices** | Privacy Policy | User Agreement | ▷Ad Choices

# ADVANCELOCAL

Use of and/or registration on any portion of this site constitutes acceptance of our User Agreement, (updated 8/1/2024) and acknowledgement of our Privacy Policy, and Your Privacy Choices and Rights (updated 10/1/2025).

© 2025 Advance Local Media LLC. All rights reserved (About Us).

The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of Advance Local.

Community Rules apply to all content you upload or otherwise submit to this site.

**YouTube's privacy policy** is available here and **YouTube's terms of service** is available here.

▷Ad Choices





Replying to @bvrrbbiiee i saw @adrizzi222 and they are the best for...

Log in

jooocelyyynn
jooocelyyynn · 2023-4-7

Follow

Replying to @bvrrbbiiee i saw @adrizzi222 use these and they're the best purchase I've made! #fy #weights #amazonfinds

Aesthetic – Tollan Kim

38 comments

Log in to comment

Ana
It comes with all of that ??😭
2023-4-22    Reply                                                              48

View 3 replies

pepsicolapussy
girl FIFTY pounds good for you... i can't even lift 15 above my head that's mad impressive💀
2023-4-22    Reply                                                              42

Yvee Yve
just got mine can't wait to use them
7-6    Reply                                                                     1

ॐ Dxvidz🐉
Color: 50lbs
2-22    Reply                                                                    2

jen
Do the connectors loosen during workouts?
2024-8-29    Reply                                                               2

View 1 reply

6o.Noa
Can you remove some of the weights?
2023-6-23    Reply                                                               3

View 3 replies

Ana Gomez
Finally got it and absolutely love it! 🥰💕
2023-5-14    Reply                                                               2

View 9 replies

THRONE OF GLASS ROSES SKRING
Gorgeous thank you
2023-6-1    Reply                                                               1

G
😭😭😭
5-17    Reply                                                                     0

Harry📧
How much
2023-8-14    Reply                                                              0

View 1 reply

Ana Gomez
Thank you so much 💕😭
2023-4-7    Reply    🧶                                                           6

View 1 reply

joell🩵
@𝓑𝓾𝓷𝓷𝓲
7-16    Reply                                                                    1

View 1 reply

moniquesan0
😭😭😭
9-18    Reply                                                                    0

❤️❤️ BOSS IN UAE❣️❣️
buy now https://amzn.to/3Sny2zO
2024-1-18    Reply                                                               0

Name
Hey! It's Amanda from Velora Sportswear ✨ We sent you a message regarding a collaboration — please check your message requests or hidden inbox! 📩💬🖤
9-18    Reply                                                                    0

S Alhosani
FEERDUN adjustable dumbells 50/70/90lbs free weight set with connector 4 in1

A real goodbye #fypage #fypシ viral...
jooocelyyynn
175.6K · 2024-8-...

#🍋 #fypage
jooocelyyynn
57.3K · 2024-8-22

#foryou #contenido #humor #parati...
jooocelyyynn
69 · 2024-8-18

#xybca #ylaplazatodavian...
jooocelyyynn
77 · 2024-8-15

Log in

Search

For You

Explore

Following

Upload

LIVE

Profile

More

Log in

2024-4-29     Reply                                                                4

**Jay2BREEZZY**
Jesus saves
2023-11-14     Reply                                                              3

**Joe Greenway**
E800
2023-8-18     Reply                                                               0

**Pontip Jinajin**
😂
1-11     Reply                                                                    0

Company
Program
Terms & Policies
© 2025 TikTok

10/8/25, 11:44 AM    Case 4:25-cv-01007-ALM    Document 18-1    Filed 10/08/25    Page 40 of 52 PageID #: | Facebook
(5) The Deal Fairy | I call this the no excuses bundle 🟡 no excuse why you can't workout if you have all the equipment at home | Facebook
532



Search for free weight

Log in

Sign up



Visit

Save

www.amazon.com

## 4 in1 Dumbbells Set - Fitness Exercises

Elevate your home workouts with the 4-in-1 Multifunctional Dumbbell Set! Transform dumbbells into barbells, kettlebells, and push-up stands for vers... **more**

LVVN LIFE

## Comments

Add a comment

More to explore

Search for free weight

You are signed out

Sign in to get the best experience

Continue with email

Continue with Google

By continuing, you agree to Pinterest's Terms of Service and acknowledge you've read our Privacy Policy. Notice at collection.

More to explore

Small Dumbbell Chest Exercises

Search for free weight

You are signed out

Sign in to get the best experience

By continuing, you agree to Pinterest's Terms of Service and acknowledge you've read our Privacy Policy. Notice at collection.













Pinterest

Search for best adjustable dumbbells

Log in    Sign up



a.co

# FEIERDUN Haltères réglables, poids libre de 50/40,8 kg avec connecteur, ensemble d'haltères 4 en 1

A  Alheureux Cyber

## Comments

Add a comment

## More to explore




Gikpal 66lb 4-in-1 Adjustable Dumbbell...



Vinsguir Ab Roller Wheel Dual Wheel...



Zelus Weighted Vest, Black, Model FW...



Yosuda Magnetic Rowing Machine for...





Search for best adjustable dumbbells

**You are signed out**

Sign in to get the best experience



By continuing, you agree to Pinterest's Terms of Service and acknowledge you've read our Privacy Policy. Notice at collection.





Search for best adjustable dumbbells

Log in    Sign up








Visit    Save

a.co

**FEIERDUN Adjustable Dumbbells, 20/30/40/50/70/90lbs Free Weight Set with Connector, 4 in1 Dumbbells Set Used as Barbell, Kettlebells, Push up Stand, Fitness Exercises for Home Gym Suitable Men/Women**

About this item 【4 in 1 Multifunctional Dumbbell Set】 With it, you can get a pair of dumbbells also barbells, kettlebells, and push-up stands. Meet your needs for diversified weight t... **more**

Levi Hoffberg

**Comments**

## More to explore



Gikpal 66lb 4-in-1 Adjustable Dumbbell...



Vinsguir Ab Roller Wheel Dual Wheel...



Yosuda Magnetic Rowing Machine for...



Zelus Weighted Vest, Black, Model FW...

More to explore ⌄



Search for best adjustable dumbbells



You are signed out

Sign in to get the best experience

Continue with email

Continue with Google

By continuing, you agree to Pinterest's Terms of Service and acknowledge you've read our Privacy Policy. Notice at collection.