IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| SHENZHEN SHENLAIYIBI INTELLIGENT TECHNOLOGY CO., LTD.   and YI WU SHI ZHAO EN TI YU YONG PIN YOU XIAN GONG SI d/b/a FED Fitness,<br><br>Plaintiffs,<br><br>v.<br><br>SHENZHENSHIHAOQINGWANGLUOKEJIYOUXIANGONGSI d/b/a UNNMIIY FITNESS, SHENZHENSHIXINJUNLONGKEJIYOUXIANGONGSI d/b/a US-UNNMIIY, and HANGZHOUZIKEDIANZISHANGWU CO., LTD. d/b/a BRANDONSUPER<br><br>Defendants. | Civil Action No.   4:25-cv-01007 |

**DECLARATION OF HONGCHANG DENG**

I, Hongchang Deng, hereby declare and state as follows:

1. I am counsel for Plaintiffs in the above-captioned matter. I am over the age of eighteen and make this declaration based on my personal knowledge unless otherwise indicated.

2. I am an attorney licensed in the State of California (Bar No. 354529) and admitted to practice before this Court. I am lead counsel for Plaintiffs Shenzhen Shenlaiyibi Intelligent Technology Co., Ltd. and Yi Wu Shi Zhao En Ti Yu Yong Pin You Xian Gong Si d/b/a FED Fitness (collectively, "Plaintiffs") in

this action. I submit this declaration in support of Plaintiffs' Motion to Convert Temporary Restraining Order into Preliminary Injunction and to Extend the Temporary Restraining Order and Continue the Hearing by Fourteen (14) Days. The statements herein are based on my personal knowledge and on information obtained in the course of representing Plaintiffs.

3.  On September 24, 2025, this Court entered a Temporary Restraining Order ("TRO") (Dkt. No. 7), which enjoined Defendants from selling or offering for sale products infringing Plaintiffs' distinctive FED Fitness trade dress and ordered the restraint of Defendants' related assets. Since that time, all infringing listings identified in the TRO have been taken down from Amazon and Temu, and Plaintiffs have diligently complied with all aspects of the Order, including serving authorized subpoenas on Amazon.com, Inc., Amazon.com Services LLC, Amazon Payments, Inc., and Whaleco Inc. (Temu) for expedited discovery.

4.  As of this filing, October 1 through October 8, 2025, marks the National Day holiday in the People's Republic of China, which is a statutory, nationwide holiday during which most businesses, including the Plaintiff companies, are closed. Plaintiffs' personnel are located in China and are presently unavailable to execute supporting declarations or provide additional documentary evidence during this period. Because of the holiday, my office has been unable to

obtain executed versions of the declaration of Plaintiffs, and other supporting materials that will be submitted promptly after the conclusion of the holiday.

5. Plaintiffs have nonetheless continued preparing supplemental materials for the Preliminary Injunction hearing, including translations, exhibits, and drafts of declarations, to be finalized and executed once the Plaintiffs' personnel return to work after October 9, 2025.

6. Plaintiffs are not seeking any delay for tactical purposes. The requested fourteen-day extension of the TRO and, if necessary, a corresponding continuance of the Preliminary Injunction hearing are sought in good faith to allow the submission of executed declarations, completion of expedited discovery, and full development of the evidentiary record for the Court's consideration.

7. A short extension will not prejudice Defendants. To the contrary, the TRO has already resulted in the removal of all infringing listings, thereby preserving the status quo while preventing asset dissipation and further marketplace confusion.

8. Plaintiffs stand ready to supplement the record with executed declarations and additional evidence immediately upon the reopening of business operations in China.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 8 , 2025.

                                              Hongchang Deng