IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| SHENZHEN SHENLAIYIBI INTELLIGENT TECHNOLOGY CO., LTD.<br>and<br>YI WU SHI ZHAO EN TI YU YONG PIN YOU XIAN GONG SI d/b/a FED Fitness,<br>　　　　　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>SHENZHENSHIHAOQINGWANGLUOKEJIYOUXIANGONGSI d/b/a UNNMIIY FITNESS, SHENZHENSHIXINJUNLONGKEJIYOUXIANGONGSI d/b/a US-UNNMIIY,　and HANGZHOUZIKEDIANZISHANGWU CO., LTD. d/b/a BRANDONSUPER<br>　　　　　　　　　Defendants. | Civil Action No.　4:25-cv-01007 |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO CONVERT TRO INTO PRELIMINARY INJUNCTION

Pending before the Court is Plaintiffs' Motion to Convert Temporary Restraining Order into Preliminary Injunction. Having considered the Motion, the relevant pleadings, and the applicable law, the Court finds that the Motion should be GRANTED.

The Court hereby ORDERS that Defendants and their officers, affiliates, agents, servants, employees, partners, successors, assigns, and all other persons or entities through which they act or who act in active concert or participation with any of them, who receive actual notice of this Order by personal service or otherwise, are hereby preliminarily enjoined from:

a. manufacturing, importing, distributing, offering for sale, or selling any adjustable dumbbells, barbells, kettlebells, or other fitness products (the "Infringing Products") that copy or imitate Plaintiffs' distinctive FED Fitness trade dress;

b. shipping, delivering, holding for sale, transferring, storing, distributing, returning, or otherwise disposing of, in any manner, products bearing or displaying the infringing trade dress;

c. using, linking to, transferring, selling, exercising control over, or otherwise owning the Amazon or TEMU storefronts through which the Infringing Products are offered for sale, including but not limited to those identified by ASINs B0CZ3HT6X6, B0CZ39TFTP, B0D8W7NXCP, B0CZ3D4PSW, B0CZ3BWFZN, B0CZ3GMX4G, B0FG2DTZ15, B0FG29JQV7, B0FG29X8BF, B0FG2DS6VN, B0FG29LY3C, B0FG2CBGSH, and TEMU Item ID MH298651; and

d. operating and/or hosting any website or online marketplace account involved with the distribution, marketing, advertising, offering for sale, or sale of products that copy or imitate Plaintiffs' trade dress; and

e. transferring, withdrawing, or otherwise disposing of any money or other assets of Defendants or Defendants' storefronts (including Amazon and Temu accounts) that are within the possession, custody, or control of Defendants, their financial institutions, payment processors, third-party services, or marketplace platforms, pending further order of this Court.

It is further ORDERED that this Preliminary Injunction shall remain in effect pending final judgment or further order of the Court.

All other provisions of the Court's prior Temporary Restraining Order (Dkt. No. 7) that do not conflict with this Order remain in full force and effect.

**IT IS SO ORDERED.**

Signed this ___ day of October, 2025.